Michael C. Ormsby
United States Attorney
Eastern District of Washington
Tyler H.L. Tornabene
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 28 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA, )
              )
        Plaintiff, )
              ) CR-11-6067-LRS
   vs.        )
              ) INFORMATION
CARL SCHROEDER, )
              ) Vio: 18 U.S.C. § 286
        Defendant. ) Conspiracy to Defraud the
              ) Government with Respect to
              ) Claims (Count 1)
              )

The United States Attorney Charges:

Count 1:

That from on or about May 24, 2004 until on or about December 16, 2008 in the Eastern District of Washington and elsewhere, the Defendant, CARL SCHROEDER, and other persons both known and unknown, knowingly and willfully entered into an agreement, combination, and conspiracy with each other to defraud the United States Department of Energy, by obtaining and aiding to obtain the payment and allowance of false, fictitious, and fraudulent claims in the manner and means as follows:

It was part of the agreement, combination, and conspiracy that the Defendant, CARL SCHROEDER and other persons, both known and unknown, would falsely claim to have worked certain amounts of hours for CH2M Hill Hanford Group Inc., ("CH2M Hill") allocable to the prime contract between CH2M Hill and the United States Department of Energy; contract number DE-

Information - 1

AC27-99RL14047 ("the prime contract"). It was further a part of the agreement, combination, and conspiracy that the Defendant, CARL SCHROEDER, and other persons, both known and unknown, would falsely claim to have worked eight hours of overtime allocable to the prime contract when in truth and in fact the Defendant, CARL SCHROEDER, and persons both known and unknown, had not worked eight hours of overtime.

It was further part of the agreement, combination, and conspiracy that the Defendant, CARL SCHROEDER, and other persons, both known and unknown, would take actions designed to avoid detection of the agreement, combination, and conspiracy, by law enforcement, to wit: on or about May of 2008 a direct supervisor of the Defendant, CARL SCHROEDER, (herein "the supervisor") received an anonymous text reading "You are requested to have all you Base Ops HPT's working overtime this evening to return back to work or face disciplinary actions," the supervisor verified that in fact employees were not on site; the supervisor contacted multiple employees and directed them, contrary to the normal practice of the agreement, combination, and conspiracy, to claim hours they actually worked; the supervisor did not formally discipline any employees; the supervisor later knowingly approved false claims made by employees, including false claims by the Defendant, CARL SCHROEDER, subsequent to May of 2008, claiming payment for hours not worked.

Under the prime contract the fully burdened cost of labor allocable to the prime contract was borne by the United States Department of Energy. In this manner the United States Department of Energy bore the full loss caused by the

//
//
//
//
//

Information - 2

false, fictitious, and fraudulent claims of the Defendant, CARL SCHROEDER.

All in violation of Title 18, United States Code, Section 286.

DATED this 28th day of September, 2011.

Michael C. Ormsby
United States Attorney

*/s/ Tyler Tornabene*

Tyler H.L Tornabene
Assistant United States Attorney

Information - 3